**DISMISS; Opinion Filed July 23, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-13-00555-CV**

_____

**MELANIE PFENNINGER, INDIVIDUALLY AND AS NEXT FRIEND OF KYLE THOME, Appellant**
**V.**
**HARVEST FAMILY ENT., L.P. D/B/A HAWAIIAN FALLS WATERPARKS; CNL INCOME PROPERTIES, INC. AND CNL INCOME GARLAND, L.P., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-06195-E**

**MEMORANDUM OPINION**

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

The Court has before it appellant's July 12, 2013 voluntary motion to dismiss appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See id.* 43.2(f).


/David Evans/
_____
DAVID EVANS
JUSTICE

130555F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MELANIE PFENNINGER,
INDIVIDUALLY AND AS NEXT FRIEND
OF KYLE THOME, Appellant

No. 05-13-00555-CV      V.

HARVEST FAMILY ENT., L.P. D/B/A
HAWAIIAN FALLS WATERPARKS; CNL
INCOME PROPERTIES, INC. AND CNL
INCOME GARLAND, L.P., Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-10-06195-E.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Harvest Family Ent., L.P. d/b/a Hawaiian Falls Waterparks; CNL Income Properties, Inc. and CNL Income Garland, L.P. recover their costs, if any, of this appeal from appellant Melanie Pfenninger, Individually and as Next Friend of Kyle Thome.

Judgment entered this 23rd day of July, 2013.

/David Evans/
DAVID EVANS
JUSTICE